945 F.2d 396
 Reese (Robert J., Eleanor S.)
v.
Consol-Pennsylvania Coal Company, Rhein Braun U.S.,
Monogahela Railway Company, Boggs (David), Pollock (Ewing),
Pollock, Pollock and Thomas, The Upshur Agency, Inc.,
Consolidated Coal Company, Consol-Land Development Company,
Rheinische Braunkohlenwerke, Verkaufsgesellschaft (Maria
Therese), Wilson (Mike), Reese (William)
 NO. 90-3487
United States Court of Appeals,
Third Circuit.
 SEP 24, 1991
 
 Appeal From: W.D.Pa.,
 Smith, J.,
 
 740 F.Supp. 1126
 
 1
 AFFIRMED.